# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| GERALD S. LEPRE, JR. | : | No. 230 MAL 2019 |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| US BANCORP D/B/A US BANK AND CORPORATE TRUST SERVICES; GERALD S. LEPRE, SR.; AND CHRISTINE LEPRE-LUKUS | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF TREASURY BUREAU OF UNCLAIMED FUNDS | : | |
| | : | |
| PETITION OF: GERALD S. LEPRE, JR. | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.